**No. 40334.**—Protests 831279–G, etc., of Baron & Arnof, Inc., et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel sponge cup, bookends, inkstands, boxes, vases, jardinieres, coupes, and atomizers chiefly used on the table, in the household for utilitarian purposes, or hollow ware the claim at 40 percent under paragraph 339 was sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40335.**—Protest 871358–G of Southern Kraft Corp. (New York).

Opinion by DALLINGER, J.   It was found on the record presented that the turbine blades are necessary and essential parts of the steam turbine in question. The claim at 20 percent under paragraph 372 was therefore sustained.

**No. 40336.**—Protest 958296–G of American Paulin System (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 38368 the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 40337.**—Protests 938257–G, etc., of Alaska Fur Co. et al. (Seattle).

Opinion by DALLINGER, J.   Two pieces of ivory to form both sides of a pocket knife handle and two similar pieces of bone represent the merchandise in question. From the record it was held that the plaintiffs failed to sustain the burden of proving error in the collector's classification of the articles under the provision in paragraph 354 for "handles, or other parts of any of the foregoing knives," but inasmuch as two sides are necessary to form a pocket-knife handle the duty applicable thereto was found to be 11 cents for each pair and not 11 cents each for each side, plus 55 percent.   That claim was therefore sustained.

**No. 40338.**—Protests 894519–G, etc., of Hain Pure Food Co. et al. (Los Angeles, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40339.**—Protests 904100–G, etc., of Otis McAllister & Co. et al. (Portland, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.